| | |
|---|---|
| 1 | PETER E. BRIXIE, S.B.#124186 |
| | Attorney at Law |
| 2 | 410 Twelfth Street, Suite One |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 658-1880 |
| | Facsimile: (916) 658-1884 |
| 4 | |
| | Attorney for WANDA CHURCH |
| 5 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WANDA CHURCH, | CASE NO.: 2:08-CV-01904-GGH |
|---|---|
| Plaintiff, | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of June 24, 2009. The extension is needed due to press of business in plaintiff's attorney's office.

| | | |
|---|---|---|
| 1 | This is the 1st request for extension by plaintiff. | |
| 2 | | |
| 3 | Dated: 5/20/2009 | /s/ Peter Brixie<br>PETER BRIXIE<br>Attorney at Law |
| 4 | | |
| 5 | | Attorney for Plaintiff |
| 6 | Dated: 5/20/2009 | By: /s/ Theo Reagans<br>THEO REAGANS<br>Special Assistant U. S. Attorney |
| 7 | | |
| 8 | | Attorney for Defendant |

—ooo—

APPROVED AND SO ORDERED

Dated: May 28, 2009

By: **GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge